No. 83-732.   BOYD v. LEHMAN, SECRETARY OF THE NAVY. C. A. 11th Cir.   Certiorari denied.

No. 83-733.   ENVIRONMENTAL DESIGNS, LTD., ET AL. v. UNION OIL COMPANY OF CALIFORNIA ET AL.   C. A. Fed. Cir. Certiorari denied.

No. 83-735.   LONGE v. NEW YORK.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 83-739.   THOMPSON, ADMINISTRATRIX OF THE ESTATE OF THOMPSON v. INTERNATIONAL HARVESTER CO. ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 83-743.   ARIZONA PUBLIC SERVICE CO. v. NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83-745.   RICHARDS v. HOWARD UNIVERSITY ET AL. C. A. D. C. Cir.   Certiorari denied.

No. 83-746.   RICHARDS v. HOWARD UNIVERSITY ET AL.   Ct. App. D. C.   Certiorari denied.

No. 83-749.   FAIRDALE FARMS, INC. v. YANKEE MILK, INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 83-750.   CARTER, DBA CARTER ENTERPRISES OF DENVER v. SMALL BUSINESS ADMINISTRATION ET AL.   Ct. App. Colo. Certiorari denied.

No. 83-752.   TRANSOCEAN CONTRACTORS, INC., ET AL. v. REED.   C. A. 5th Cir.   Certiorari denied.

No. 83-753.   FONTANA v. BARHAM ET AL.   C. A. 5th Cir. Certiorari denied.

No. 83-754.   McKAY, EXECUTRIX OF THE ESTATE OF McKAY, ET AL. v. ROCKWELL INTERNATIONAL CORP.   C. A. 9th Cir. Certiorari denied.

No. 83-756.   BLEVINS v. WASHINGTON.   Ct. App. Wash. Certiorari denied.